NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **ORDER** |
| v. | No. 2:15-cv-1264 (WHW) |
| $24,700 IN UNITED STATES CURRENCY, | |
| Defendant *in rem*. | |

This matter having come before the Court on the motion of Plaintiff United States of America for default judgment, ECF No. 5, it is hereby ORDERED that Plaintiff's motion for Default Judgment, ECF No. 5, is DENIED.

DATE:

IT IS SO ORDERED:

William H. Walls, U.S.D.J.

Hon. William H. Walls
Senior United States District Judge