NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **ORDER** |
| v. | No. 2:15-cv-1264 (WHW) |
| $24,700 IN UNITED STATES CURRENCY, | |
| Defendant *in rem*. | |

### Walls, Senior District Judge

This matter having come before the Court on the motion of Plaintiff United States of America for default judgment, ECF No. 11, it is hereby ORDERED that:

1. Plaintiff's motion for Default Judgment, ECF No. 11, is GRANTED. A Final Order of Forfeiture is granted against the defendant property ($24,700 in United States currency); no right, title or interest in the defendant property shall exist in any other party.

2. It is further ORDERED that all forfeited funds, as well as any income derived as a result of the United States Marshal Service's management of the forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshal Service into the Department of Justice Asset Forfeiture Fund.

DATE: 15 January 2016

Hon. William H. Walls
Senior United States District Judge